UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------- : | | |
| | : | CIVIL ACTION |
| UNITED COMPANY RUSAL PLC and | : | NO. 3:11-mc-00017(SRU) |
| UNITED COMPANY RUSAL INVESTMENT | : | |
| MANAGEMENT, LLC | : | |
| | : | February 17, 2011 |
| ------------------------------------------------------------- : | | |

## DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, the Respondent, Trafigura A.G., a nongovernmental corporate party, states that its parent corporation is Trafigura Beheer B.V. There are no publicly held corporations that own 10% or more of the Respondent's stock.

TRAFIGURA A.G.


By_____/S/_____
   Elizabeth A. Cipriano
   Mayo Crowe LLC
   CityPlace II
   185 Asylum Street
   Hartford, CT 06103-3426
   Fax:  (860) 275-6819
   E-mail:  ecipriano@mayocrowe.com
   Federal Bar No.:  CT25698
   Its Attorneys

## CERTIFICATION

I hereby certify that on February 17, 2011, a copy of the foregoing Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing system or by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/S/_____
Elizabeth A. Cipriano
Mayo Crowe LLC
Attorneys for TRAFIGURA A.G.
185 Asylum Street
CityPlace II
Hartford, CT 06103-3426
Telephone: (860) 275-6806
Fax:  (860) 275-6819
E-mail:  ecipriano@mayocrowe.com
Federal Bar No.: CT25698