UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
Case No. 3:11-MC-00017-SRU

| | |
|---|---|
| In the Matter of the Application of<br><br>United Company Rusal, PLC, and United Company Rusal Investment Management, LLC, for an Order Pursuant to 28 U.S.C. § 1782, to obtain discovery from Trafigura AG for use in Foreign Proceedings | **AFFIDAVIT OF RICHARD FROMME IN SUPPORT OF TRAFIGURA AG'S MEMORANDUM OF LAW IN OPPOSITION TO RUSAL'S APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER COMPELLING DISCOVERY FOR USE IN A FOREIGN LITIGATION.** |

Richard Fromme, being duly sworn, deposes and says:

1.   I am an employee of Trafigura AG ("TAG"), I am fully familiar with the facts herein, and I make this statement based on my own personal knowledge.  This Affidavit is submitted in support of Trafigura AG's Memorandum of Law in Opposition to Rusal's Application Pursuant to 28 U.S.C. § 1782 for an Order Compelling Discovery For Use In A Foreign Litigation.

2.   I am the President of TAG's branch office in Stamford, Connecticut, located at One Stamford Plaza, 263 Tresser Boulevard, Stamford, Connecticut 06901.  I have been President of TAG's branch office in Stamford, Connecticut for more than five years.  I have been employed by TAG since 1995, when I joined TAG as a commodities trader.

3.   I am also a member of the TAG board of directors and represent the Stamford branch office as a member of Trafigura's North American management group, which oversees TAG's United States operations.

4.   TAG is a Swiss corporation with its corporate headquarters in Lucerne, Switzerland and principal places of business in Stamford, Connecticut and Houston, Texas. TAG employs approximately 100 employees in the United States.

1

5. TAG is a wholly owned subsidiary of Trafigura Beheer B.V. ("TBBV"), a Swiss corporation with its corporate headquarters in Amsterdam, Netherlands.

6. TBBV is a worldwide commodities trading firm. It is involved in the sourcing and trading of crude oil, petroleum products, renewable energies, metals, metal ores, coal, and concentrates for industrial customers.

7. TAG is an operating subsidiary of TBBV. TAG is the subsidiary entity of TBBV solely responsible for trading commodities and otherwise conducting business with counterparties located in the United States.

8. TBBV is one TAG's many customers, purchasing metals, crude and petroleum products from TAG at market prices. When TBBV and TAG conduct business with each other, they do so at arm's length.

9. Under the TBBV corporate structure, TBBV cannot and does not conduct any business in the United States. TBBV does not have any employees in the United States.

10. In other words, if a buyer or seller of a commodity is located in the United States, TAG is responsible for concluding that transaction and TBBV is not involved.

11. TAG and TBBV have separate boards of directors, with the exception of one director who serves on both boards.

12. TAG and TBBV maintain separate accounting records and separate bank accounts.

13. TAG had no involvement with the sale of shares between subsidiaries of Norilsk Nickel ("Norilsk") and TBBV (the "Norilsk Transaction") described in the legal documents filed by United Company Rusal, PLC and United Company Rusal Investment Management, LLC (together, "Rusal"). TAG also had no involvement with a series of proposed share purchases of

Norilsk shares by Corbiere.  I was unaware of the Norilsk Transaction until I learned of it from a public press release.

14.     When a U.S.-based TAG employee generates and saves an electronic document, the document is typically saved on a local document server dedicated to documents created in that employee's branch office.  For example, when I generate an electronic document in my work for TAG, in the ordinary course of business that document would be saved on a server located in TAG's branch office in Stamford.

15.     On or about February 15, 2011, in response to the petition from Rusal, TAG conducted a search of documents saved to its United States servers located in Stamford, Connecticut and Houston, Texas.  I was provided a copy of the 281 documents identified using the search terms "Rusal," "Norilsk," "Interros," and "American Depository Receipt."

16.     The majority of the documents identified in the search described above relate to Rusal.  TAG has been an arm's length buyer of Russian-grade aluminum from Rusal's United States office, located in Mamaroneck, New York.  The documents in question relate to sales transactions between TAG and Rusal, and include invoices and other sales documents.  As far as I know, these transactions have nothing to do with the information being sought in Rusal's application for discovery under 28 U.S.C. § 1782 or the Norilsk Transaction.

17.     I could not determine the substance of several of the 281 documents, which were written in Russian.  However, I can confirm by the date on those documents, which was well prior to the transaction at issue, that they did not relate to the Norilsk Transaction.

18.     I have thus confirmed that none of the 281 documents stored on TAG servers in the United States relates to the Norilsk Transaction and none would be responsive to the requests for documents made by Rusal in this matter.

19.   At times, TBBV shares market information with its subsidiaries, including TAG. TBBV documents may be provided to TAG employees if there is a demonstrated need for the information. If a TAG employee asked me for permission to request from TBBV documents which have no bearing on his work with TAG, I would deny such a request and instruct the employee not to make any such request to TBBV directly.

FURTHER AFFIANT SAITH NOT.

_____
Richard Fromme

STATE OF CONNECTICUT
COUNTY OF Fairfein, to wit:

This is to certify that on the 18 day of February, 2011, Richard Fromme, after being duly sworn, made oath that the statements contained in the foregoing Affidavit are true and correct to the best of his knowledge.

_____
Notary Public

My commission expires on  **WILLIAM E. MORRIS**
                          **Notary Public**
                          **My Commission Expires April 30, 2015**