UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------- : | | |
| : | CIVIL ACTION | |
| **UNITED COMPANY RUSAL PLC and** : | NO. 3:11-mc-00017(SRU) | |
| **UNITED COMPANY RUSAL INVESTMENT** : | | |
| **MANAGEMENT, LLC** : | | |
| : | February 22, 2011 | |
| ------------------------------------------------------------- : | | |

## CERTIFICATION OF SERVICE

I hereby certify that on February 22, 2011, a copy of Exhibit Unreported Cases – Part 1, Exhibit Unreported Cases – Part 2, Exhibit Unreported Cases – Part 3, and Exhibit Unreported Cases – Part 4 were was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          TRAFIGURA AG,

      By_____/S/____Elizabeth A. Cipriano_____
        Elizabeth A. Cipriano (CT25698)
        Peter J. Royer (CT27774)
        Mayo Crowe LLC
        CityPlace II
        185 Asylum Street
        Hartford, CT 06103-3426
        Telephone: (860) 275-8600
        Facsimile: (860) 275-6819
        ecipriano@mayocrowe.com
        proyer@mayocrowe.com

Richard L. Jarashow (admitted *pro hac vice*)
(PVH0330)
Meghan E. Silhan (admitted *pro hac vice*)
(PHV04520)
MCGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
Telephone:  (212) 548-7004
Facsimile:  (212) 715-6272
rjarashow@mcguirewoods.com
msilhan@mcguirewoods.com

*Attorneys for Trafigura, A.G.*