# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:

3:11-mc-00017(SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Trafigura, A.G.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/22/2011 | *[signature]* |
| **Date** | **Signature** |
| phv0330 | Richard L. Jarashow |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (212) 548-7016 | 1345 Avenue of the Americas, 7th Floor |
| **Telephone Number** | **Address** |
| (212) 715-6272 | New York, NY 10105-0106 |
| **Fax Number** | |
| rjarashow@mcguirewoods.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on 2/22/2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008