# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

### CASE NUMBER:

3:11-mc-00017(SRU)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

Trafigura, A.G.

**I certify that I am admitted to practice in this court.**

| 2/22/2011 | | _[signature]_ |
|---|---|---|
| **Date** | | **Signature** |
| phv04520 | | Meghan E. Silhan |
| **Connecticut Federal Bar Number** | | **Print Clearly or Type Name** |
| (212) 548-7063 | | 1345 Avenue of the Americas, 7th Floor |
| **Telephone Number** | | **Address** |
| (212) 715-2306 | | New York, NY 10105-0106 |
| **Fax Number** | | |
| msilhan@mcguirewoods.com | | |
| **E-mail address** | | |

### CERTIFICATE OF SERVICE

I hereby certify that on  2/22/2011  , a copy of the foregoing   Appearance   was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_[signature]_
Signature

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**

Atty-Appearance.wpd Sept. 2008