UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: APPLICATION OF UNITED COMPANY :
RUSAL PLC, and UNITED COMPANY RUSAL :
INVESTMENT MANAGEMENT, LLC :
                                                 : CASE NO:
                                                 : 3:11-mc-00017-SRU
                                                 : FEBRUARY 23, 2011

## MOTION TO ADMIT CHRISTOPHER KERCHER AS VISITING ATTORNEY FOR APPLICANTS UNITED COMPANY RUSAL, PLC AND UNITED COMPANY RUSAL INVESTMENT MANAGEMENT, LLC

Pursuant to Local Rule 83.1(d), the undersigned, a member of the bar of this Court, hereby moves that the Court admit Christopher Kercher as visiting attorney for Applicants United Company Rusal, PLC and United Company Rusal Investment Management, LLC (collectively "Rusal"). Movant has tendered the required $25.00 fee for this admission and has filed herewith, as Exhibit A, Attorney Kercher's affidavit.

Wherefore, the Movant respectfully moves that the Court admit Christopher Kercher as a visiting attorney for Applicant Rusal.

**THE MOVANT,**

By _____/s/ Stephanie A. McLaughlin_
Marc J. Kurzman (ct01545)
Stephanie A. McLaughlin (ct22774)
Sandak Hennessey & Greco LLP
707 Summer Street, 3rd Floor
Stamford, CT  06901-1026
(203) 425-4200
(203) 325-8608 (fax)
mkurzman@shglaw.com
smclaughlin@shglaw.com

## CERTIFICATION

I hereby certify that on February 23, 2010, a copy of the foregoing document was filed electronically and served by first-class mail, potage pre-paid, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*Copies sent via electronic mail to:*

**Peter Royer**
**Elizabeth Anne Cipriano**
Mayo Crowe LLC
City Place II - 2nd Floor
185 Asylum Street
Hartford, CT 06103-3426
*Counsel to Trafigura AG*

**Richard L. Jarashow**
**Meghan E. Silhan**
McGuire Woods, LLP - NY
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
*Counsel to Trafigura AG*

**William F. Dow III**
**David Belt**
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange St., PO Box 606
New Haven, CT 06503-0606
*Counsel for Interros International Investments Ltd*

**Steven S. Michaels**
**Ina C. Popova**
Debevoise & Plimpton - NY
919 Third Ave.
New York, NY 10022
*Counsel for Interros International Investments Ltd*

                                                        /s/ Stephanie A. McLaughlin
                                                        Stephanie A. McLaughlin

# Exhibit A

Case 3:11-mc-00017-SRU   Document 35   Filed 02/23/11   Page 5 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATION OF UNITED COMPANY RUSAL PLC, and UNITED COMPANY RUSAL INVESTMENT MANAGEMENT, LLC | 3:11-mc-00017 (SRU) |

### AFFIDAVIT OF CHRISTOPHER KERCHER

STATE OF NEW YORK )
 )
COUNTY OF NEW YORK )

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I make this affidavit in support of the Motion to Admit Visiting Attorney for United Company Rusal, PLC filed herewith.

3. I am an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLC. My business address is 51 Madison Avenue, New York, New York 10010. My telephone number is (212) 849-7282. My facsimile number is (212) 849-7100. My e-mail address is christopherkercher@quinnemanuel.com

4. I am a member of the New York bar and the bar of the United States District Court for the Southern District of New York.

5. I have not been denied admission nor disciplined by this Court or any other Court.

6. I have reviewed and am familiar with the rules of the United States District Court for the District of Connecticut.

Dated at New York, New York, this 22nd day of February, 2011.

/s/ Christopher Kercher
Christopher Kercher

Subscribed to and sworn before
me, this 22nd day of February, 2011.

/s/ Andrew J. Rossman
Name:   Andrew J. Rossman
Notary Public
My Commission Expires:

ANDREW J ROSSMAN
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02RO6225004
COMM. EXP.

2