UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATION OF UNITED COMPANY RUSAL PLC, and UNITED COMPANY RUSAL INVESTMENT MANAGEMENT, LLC : : : : : : : : : : : : | CASE NO: 3:11-mc-00017-SRU FEBRUARY 23, 2011 |

## MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 10 PAGES

Pursuant to Local Rule 7, Applicants United Company Rusal, PLC and United Company Rusal Investment Management, LLC (hereinafter collectively referred to as the "Rusal") hereby move for permission to file their *Reply Memorandum of Law In Support of Rusal's Application Pursuant to 28 U.S.C. § 1782 for an Order Compelling Discovery for Use in A Foreign Litigation* ("Memorandum") which exceeds the 10 page limit by approximately 5 pages. The Memorandum is being simultaneously submitted herewith.

Rusal submits that good cause exists to allow it to file the Memorandum in that: Respondent Trifigura AG raised several complex legal and factual issues in its Memorandum in Opposition requiring Rusal to provide the Court with a detailed legal analysis and factual accounting.

Thus, Rusal moves the Court for permission to file its Memorandum in excess of 10 pages.

**APPLICANTS**
UNITED COMPANY RUSAL, PC,
UNITED COMPANY RUSAL INVESTMENT
  MANAGEMENT, LLC


By: ___/s/ Stephanie A. McLaughlin_____
**Marc J. Kurzman (ct01545)**
**Stephanie A. McLaughlin (ct22774)**
**Sandak Hennessey & Greco LLP**
**707 Summer Street**
**Stamford, CT 06901**
**(203) 425-4200 (telephone)**
**(203) 325-8608 (facsimile)**
mkurzman@shglaw.com
smclaughlin@shglaw.com

                                                        _____

Peter E. Calamari (phv04530)
Andrew J. Rossman (ct16219)
Christopher D. Kercher
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

51 Madison Avenue, 22nd Floor,
New York, New York  10010-1601
(212) 849-7000

Its Attorneys

## **CERTIFICATION**

     I hereby certify that on February 23, 2010, a copy of the foregoing document was filed electronically and served by first-class mail, potage pre-paid, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.


**Peter Royer**
**Elizabeth Anne Cipriano**
Mayo Crowe LLC
City Place II - 2nd Floor
185 Asylum Street
Hartford, CT 06103-3426
*Counsel to Trafigura AG*

**Richard L. Jarashow**
**Meghan E. Silhan**
McGuire Woods, LLP - NY
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
*Counsel to Trafigura AG*

**William F. Dow III**
**David Belt**
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange St., PO Box 606
New Haven, CT 06503-0606
*Counsel for Interros International Investments Ltd*

**Steven S. Michaels**
**Ina C. Popova**
Debevoise & Plimpton - NY
919 Third Ave.
New York, NY 10022
*Counsel for Interros International Investments Ltd*

      /s/ Stephanie A. McLaughlin
Stephanie A. McLaughlin