UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED COMPANY RUSAL PLC and
UNITED COMPANY RUSAL INVESTMENT
MANAGEMENT, LLC

CIVIL ACTION
NO. 3:11-mc-00017(SRU)

March 16, 2011

---

### MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE
### RE JILL CRAWLEY GRISET

Pursuant to Local Rule 83.1(d), the undersigned respectfully moves for the admission pro hac vice of attorney Jill Crawley Griset as counsel for Trafigura AG. An affidavit by Ms. Griset is attached as Exhibit A. In support of this motion, the undersigned represents that:

1. Ms. Griset is a partner in the firm of McGuireWoods LLP which has offices at 100 North Tryon Street, Suite 2900, Charlotte, North Carolina 28202.

2. Ms. Griset is a member in good standing of the North Carolina State Bar and the United States District Court for the Western District of North Carolina. She is also a member in good standing with the U.S. Court of Appeals for the 4th Circuit.

3. Ms. Griset has never been denied admission or disciplined by this Court, nor has she ever been denied admission to or been disciplined by any other court.

4. Ms. Griset has reviewed and is familiar with the Rules of the District Court for the District Court of Connecticut.

This the 16th day of March, 2011.

                TRAFIGURA AG

                By: _____
                     Peter J. Royer (ct27774)
                     Mayo Crowe LLC
                     CityPlace II
                     185 Asylum Street
                     Hartford, CT 06103-3426
                     Tel.:   (860) 275-6800
                     Fax.:  (860) 275-6819
                     E-Mail:  proyer@mayocrowe.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on this 16th day of March, 2011, as follows:

Marc J. Kurzman, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Stephanie A. McLaughlin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Susan R. Briggs, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Christopher Kercher, Esq.
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, New York 10010

Peter E. Calamari, Esq.
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, New York 10010

By: _____
Peter J. Royer (ct 27774)
Mayo Crowe LLC
CityPlace II
185 Asylum Street
Hartford, CT 06103-3426
Tel.:   (860) 275-6800
Fax.:   (860) 275-6819
E-Mail:  proyer@mayocrowe.com

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED COMPANY RUSAL PLC and
UNITED COMPANY RUSAL INVESTMENT
MANAGEMENT, LLC

CIVIL ACTION
NO. 3:11-mc-00017(SRU)

March 17, 2011

---

### AFFIDAVIT OF JILL CRAWLEY GRISET

STATE OF NORTH CAROLINA :
: ss.   March 17, 2011
COUNTY OF MECKLENBURG :

The undersigned, being duly sworn, hereby deposes and states the following:

1. I am over 18 years of age, and I understand and believe in the obligation of an oath.

2. I am a partner in the firm of McGuireWoods LLP which has offices at 100 North Tryon Street, Suite 2900, Charlotte, North Carolina 28202. My phone number is (704) 343-2193, my facsimile number is (704) 444-8734, and my email address is jgriset@mcguirewoods.com.

3. I am a member in good standing of the North Carolina State Bar and the United States District Court for the Western District of North Carolina. I am also a member in good standing with the U.S. Court of Appeals for the 4th Circuit.

4.      I have never been denied admission or disciplined by any Court, grieved, reprimanded, suspended, placed on inactive status, disbarred, or otherwise disciplined by any court, or resigned from the practice of law.

5.      I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.      I make the foregoing statements on my own free will and volition.

The undersigned, having been sworn, makes oath to the truth of the foregoing.

*[Signature]*
Jill Crawley Griset

Subscribed and sworn to before me this 16th day of March, 2011.

*[Signature]*
Notary Public
My Commission Expires: 8/14/2015

```
DIANE L. GILSON
NOTARY PUBLIC
Alexander County, North Carolina
My Commission Expires 8/14/2015
```