UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED COMPANY RUSAL PLC and
UNITED COMPANY RUSAL INVESTMENT
MANAGEMENT, LLC

CIVIL ACTION
NO. 3:11-mc-00017(SRU)

March 16, 2011

---

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE
## RE BRIAN A. KAHN

Pursuant to Local Rule 83.1(d), the undersigned respectfully moves for the admission pro hac vice of attorney Brian A. Kahn as counsel for Trafigura AG. An affidavit by Mr. Kahn is attached as Exhibit A. In support of this motion, the undersigned represents that:

1. Mr. Kahn is a partner in the firm of McGuireWoods LLP which has offices at 100 North Tryon Street, Suite 2900, Charlotte, North Carolina 28202.

2. Mr. Kahn is a member in good standing of the North Carolina State Bar.

3. Mr. Kahn has never been denied admission or disciplined by this Court, nor has he ever been denied admission to or been disciplined by any other court.

4. Mr. Kahn has reviewed and is familiar with the Rules of the District Court for the District Court of Connecticut.

This the 16th day of March, 2011.

TRAFIGURA AG

By: _____
Peter J. Royer (ct27774)
Mayo Crowe LLC
CityPlace II
185 Asylum Street
Hartford, CT 06103-3426
Tel.:   (860) 275-6800
Fax.:  (860) 275-6819
E-Mail:  proyer@mayocrowe.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on this 16th day of March, 2011, as follows:

Marc J. Kurzman, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Stephanie A. McLaughlin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Susan R. Briggs, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Christopher Kercher, Esq.
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, New York 10010

Peter E. Calamari, Esq.
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, New York 10010

By: _____
Peter J. Royer (ct 27774)
Mayo Crowe LLC
CityPlace II
185 Asylum Street
Hartford, CT 06103-3426
Tel.:   (860) 275-6800
Fax.:  (860) 275-6819
E-Mail: proyer@mayocrowe.com

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

**UNITED COMPANY RUSAL PLC and**
**UNITED COMPANY RUSAL INVESTMENT**
**MANAGEMENT, LLC**

CIVIL ACTION
NO. 3:11-mc-00017(SRU)

March 15, 2011

---

## AFFIDAVIT OF BRIAN A. KAHN

STATE OF NORTH CAROLINA        :
                               :  ss.        March 15, 2011
COUNTY OF NORTH CAROLINA       :

The undersigned, being duly sworn, hereby deposes and states the following:

1. I am over 18 years of age, and I understand and believe in the obligation of an oath.

2. I am a partner in the firm of McGuireWoods LLP which has offices at 100 North Tryon Street, Suite 2900, Charlotte, North Carolina 28202. My phone number is (704) 343-2351, my facsimile number is (704) 444-8868, and my email address is bkahn@mcguirewoods.com.

3. I am a member in good standing of the North Carolina State Bar.

4. I have never been denied admission or disciplined by any Court, grieved, reprimanded, suspended, placed on inactive status, disbarred, or otherwise disciplined by any court, or resigned from the practice of law.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. I make the foregoing statements on my own free will and volition.

The undersigned, having been sworn, makes oath to the truth of the foregoing.

_____
Brian A. Kahn

Subscribed and sworn to before me this 15TH day of March, 2011.

_____
Notary Public
My Commission Expires:     April 28, 2012

JOAN C. BARTLEY
NOTARY PUBLIC
Mecklenburg County, North Carolina
My Commission Expires April 28, 2012