UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED COMPANY RUSAL PLC and<br>UNITED COMPANY RUSAL INVESTMENT<br>MANAGEMENT, LLC | CIVIL ACTION<br>NO. 3:11-mc-00017(SRU)<br><br>March 21, 2011 |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE
## RE MARSHALL BEIL

Pursuant to Local Rule 83.1(d), the undersigned respectfully moves for the admission pro hac vice of attorney Marshall Beil as counsel for Trafigura AG. An affidavit by Mr. Beil is attached as Exhibit A. In support of this motion, the undersigned represents that:

1. Mr. Beil is a partner in the firm of McGuireWoods LLP which has offices at 1345 Avenue of the Americas, New York, New York 10105.

2. Mr. Beil is a member in good standing of the New York State Bar, U.S. Supreme Court, U.S. Court of Appeals for the 1st Circuit, U.S. Court of Appeals for the 2nd Circuit, U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 5th Circuit, U.S. Court of Appeals for the 6th Circuit, U.S. Court of Appeals for the 8th Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Southern District of New York and U.S. District Court for the Eastern District of New York.

3. Mr. Beil has never been denied admission or disciplined by this Court, nor has he ever been denied admission to or been disciplined by any other court.

4. Mr. Beil has reviewed and is familiar with the Rules of the District Court for the District Court of Connecticut.

This the 21st day of March, 2011.

TRAFIGURA AG

By: _____
Peter J. Royer (ct27774)
Mayo Crowe LLC
CityPlace II
185 Asylum Street
Hartford, CT 06103-3426
Tel.:   (860) 275-6800
Fax.:   (860) 275-6819
E-Mail:  proyer@mayocrowe.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record on this 21st day of March, 2011, as follows:

Marc J. Kurzman, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Stephanie A. McLaughlin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Susan R. Briggs, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901

Christopher Kercher, Esq.
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, New York 10010

Peter E. Calamari, Esq.
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, New York 10010

By: _____
Peter J. Royer (ct 27774)
Mayo Crowe LLC
CityPlace II
185 Asylum Street
Hartford, CT 06103-3426
Tel.:  (860) 275-6800
Fax.:  (860) 275-6819
E-Mail: proyer@mayocrowe.com

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED COMPANY RUSAL PLC and<br>UNITED COMPANY RUSAL INVESTMENT<br>MANAGEMENT, LLC | CIVIL ACTION<br>NO. 3:11-mc-00017(SRU)<br><br>March 18, 2011 |

### AFFIDAVIT OF MARSHALL BEIL

| STATE OF NEW YORK | : | |
|---|---|---|
| | : ss. | March 18, 2011 |
| COUNTY OF NEW YORK | : | |

The undersigned, being duly sworn, hereby deposes and states the following:

1. I am over 18 years of age, and I understand and believe in the obligation of an oath.

2. I am a partner in the firm of McGuireWoods LLP which has offices at 1345 Avenue of the Americas, New York, New York 10105. My phone number is (212) 548-7004, my facsimile number is (212) 715-2319, and my email address is mbeil@mcguirewoods.com.

3. I am a member in good standing of the New York State Bar, U.S. Supreme Court, U.S. Court of Appeals for the 1st Circuit, U.S. Court of Appeals for the 2nd Circuit, U.S. Court of Appeals for the 4th Circuit, U.S. Court of Appeals for the 5th Circuit, U.S. Court of Appeals for the 6th Circuit, U.S. Court of Appeals for the 8th Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Southern District of New York and U.S. District Court for the Eastern District of New York.

4. I have never been denied admission or disciplined by any Court, grieved, reprimanded, suspended, placed on inactive status, disbarred, or otherwise disciplined by any court, or resigned from the practice of law.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. I make the foregoing statements on my own free will and volition.

The undersigned, having been sworn, makes oath to the truth of the foregoing.

_____
Marshall Beil

Subscribed and sworn to before me this 18th day of March, 2011.

_____
Notary Public
My Commission Expires: 6/8/14

MEGHAN E. SILHAN
Notary Public, State of New York
No. 02SI6143493
Qualified in New York County
Commission Expires June 8, 2014