**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: APPLICATION OF UNITED COMPANY RUSAL PLC, and UNITED COMPANY RUSAL INVESTMENT MANAGEMENT, LLC | 3:11-mc-00017 (SRU)<br><br>March 29, 2011 |

## MOTION FOR ENTRY OF STIPULATION

Applicants United Company Rusal PLC and United Company Rusal Investment Management, LLC (collectively "Rusal") and respondent Trafigura, A.G. ("TAG"), respectfully file this Motion for Entry of Stipulation and request that the Court enter the parties' Stipulated Order to Stay Section 1782 Discovery filed concurrently herewith.

**APPLICANTS**
UNITED COMPANY RUSAL, PC,
UNITED COMPANY RUSAL INVESTMENT
  MANAGEMENT, LLC


**By:    /s/ Stephanie A. McLaughlin**
**Marc J. Kurzman (ct01545)**
**Stephanie A. McLaughlin (ct22774)**
**Sandak Hennessey & Greco LLP**
**707 Summer Street**
**Stamford, CT 06901**
**(203) 425-4200 (telephone)**
**(203) 325-8608 (facsimile)**
**mkurzman@shglaw.com**
**smclaughlin@shglaw.com**



Peter E. Calamari (phv04530)
Andrew J. Rossman (ct16219)
Christopher D. Kercher
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP


51 Madison Avenue, 22nd Floor,
New York, New York  10010-1601
(212) 849-7000

Their Attorneys

**CERTIFICATION**

I hereby certify that on March 29, 2011, a copy of the foregoing document was filed electronically and served by first-class mail, potage pre-paid, on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.


      /s/ Stephanie A. McLaughlin
Stephanie A. McLaughlin