UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATION OF UNITED COMPANY RUSAL PLC, and UNITED COMPANY RUSAL INVESTMENT MANAGEMENT, LLC | 3:11-mc-00017 (SRU)<br><br>MARCH 29, 2011 |

## STIPULATED ORDER TO STAY SECTION 1782 DISCOVERY

**WHEREAS**, on February 10, 2011, United Co. Rusal PLC and United Co. Rusal Investment Management, LLC (together, "Rusal"), applied to this Court for an order under 28 U.S.C. § 1782 compelling discovery for use in foreign proceedings from Trafigura, A.G. ("TAG"), (the "Application");

**WHEREAS**, on February 24, 2011, the Honorable Stefan R. Underhill held a hearing on Rusal's Application, during which the Court granted the Application (the "Order");

**WHEREAS**, on March 10, 2011 the London Court of International Arbitration entered Procedural Order No. 6;

**WHEREAS**, on March 18, 2011 the London Court of International Arbitration entered Procedural Order No. 8 clarifying Procedural Order No. 6;

**THEREFORE,** TAG and Rusal, through counsel, hereby stipulate to the following:

1. Rusal will suspend all discovery efforts pursuant to the Application, including the revised subpoena dated February 25, 2011 issued thereunder.

2. Rusal shall have the right to resume any discovery efforts pursuant to the Application upon 7 days notice to TAG;

3. Any applicable discovery deadline shall be stayed until 7 days following the provision of notice by Rusal as described in paragraph 2 above.

4. This Stipulation is entered into without prejudice to any of the parties' rights, which are expressly reserved, including, without limitation, the right to make any motions any party may deem appropriate.

| | |
|---|---|
| **APPLICANTS,** | **RESPONDENTS,** |
| **UNITED COMPANY RUSAL, PC,** | **TRAFIGURA, AG** |
| **UNITED COMPANY RUSAL INVESTMENT MANAGEMENT, LLC** | |

/s/ Stephanie A. McLaughlin
Stephanie A. McLaughlin (ct22774)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901
Tel: (203) 425-4200
Fax: (203) 325-8608
SMCLAUGHLIN@SHGLAW.COM

/s/ Peter Royer
Peter Royer
Mayo Crowe LLC
City Place II - 2nd Floor
185 Asylum Street
Hartford, CT 06103-3426

           /s/ Andrew J. Rossman
Andrew J. Rossman
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for United Company Rusal, PLC and United Company Rusal Investment Management, LLC*

Dated: March __, 2011

/s/ Richard L. Jarashow
Richard L. Jarashow
MCGUIREWOODS, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105
Tel: (212) 548-7004
Fax:  (212) 715-6272

*Attorneys for Trafigura, A.G.*

SO ORDERED_____(*Underhill, J.*)